ORIGINAL

CLIFFORD HUNT 3425
333 Queen Street, Suite 612
Honolulu, Hawaii 96813
PH (808) 545-4050; FAX (808) 544-0007
Email: NOTGUILTY007@msn.com

Attorney for Paul Teo

LODGED
JAN 0 6 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 0 9 2006
at 11 o'clock and 40 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP NASH,<br><br>Defendant. | CR. NO. 03-00495-09 DAE<br><br>APPLICATION REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD TESTIFICANDUM; EXHIBITS A and B; ORDER GRANTING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

APPLICATION REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE
STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Comes now Paul Teo, by his attorney, Clifford Hunt, and respectfully moves the court for an order authorizing the temporary transfer of the physical custody of defendant PHILLIP NASH, a witness in a state court criminal proceeding, from the United States Marshal Service, District of Hawaii, to State of Hawaii officials on Monday, February 27, 2006 at 9:00 a.m. and at such further times necessary to secure the testimony of said witness until the conclusion of said witness' testimony in State of Hawaii v. Paul Teo, Cr. No. 05-1-1086, in the Circuit Court of the First Circuit, State of Hawaii.

1. Defendant PHILLIP NASH is now detained in the custody of the United States Marshal Service, District of Hawaii, pending sentencing in this case.

2. The trial of the matter of State of Hawaii v. Paul Teo, Cr. No. 05-1-1086, in the Circuit Court of the First Circuit, State of Hawaii, is presently set for the week of

February 21, 2005 before the Honorable Dexter D. Del Rosario and has been given a priority setting.

3. Assistant United States Attorney Chris Thomas has approved the temporary transfer of physical custody of defendant PHILLIP NASH from the United States Marshal Service, District of Hawaii, to State of Hawaii officials. See Exhibit A.

4. This application requests that the court grant temporary transfer of physical custody of defendant PHILLIP NASH from the United States Marshal Service, District of Hawaii, to State of Hawaii officials pursuant to Application for Writ of Habeas Corpus Ad Testificandum; Order Directing Issuance Of Writ Of Habeas Corpus Ad Testificandum; Writ Of Habeas Corpus Ad Testificandum which was granted by the Honorable Dexter D. Del Rosario. See Exhibit B.

5. Upon conclusion of his testimony in State of Hawaii v. Paul Teo, Cr. No. 05-1-1086, in the Circuit Court of the First Circuit, State of Hawaii, defendant PHILLIP NASH will be returned by State of Hawaii officials to the United States Marshal Service, District of Hawaii.

Dated at Honolulu, Hawaii: December 14, 2005

CLIFFORD HUNT
Attorney for Paul Teo

# LAW OFFICE OF CLIFFORD HUNT
### Attorney at Law

333 Queen Street, Suite 612  
Honolulu, Hawaii 96813

Telephone: (808) 545-4050  
Facsimile: (808) 544-0007  
Email: NOTGUILTY007@msn.com

December 30, 2005

FAX: 541-2958  
Mr. Christopher Thomas, Esq.  
United States Attorney's Office  
300 Ala Moana Boulevard, Rm 6100  
P.O. Box 50183  
Honolulu, Hawaii 96850

Re:    <u>USA v. PHILLIP NASH</u>; USDC CR. NO. 03-00495 (09) DAE  
       Temporary transfer of custody to State officials

Dear Mr. Thomas:

Defendant Phillip Nash is a material witness for the defense in a state court criminal case entitled <u>State of Hawaii v. Paul Teo</u>, Cr. No. 05-1-1086, in the Circuit Court of the First Circuit, State of Hawaii pending before the Honorable Dexter D. Del Rosario. I represent defendant Paul Teo in the state court proceeding. Mr. Nash is expected to provide exculpatory testimony on behalf of Mr. Teo. Specifically, Mr. Nash will testify that he was with Mr. Teo and the complainant when the complainant claims she was alone with Mr. Teo and sexually assaulted by him.

I am informed that you are the Assistant United States Attorney assigned to the above-reference prosecution of Mr. Nash. I respectfully request your approval for State of Hawaii officials to take temporary physical custody of Mr. Nash on February 28, 2005 so that he can testify in Mr. Teo's trial. The state court has already approved the transfer (see attached).

Please sign below to indicate your approval of the transfer and fax this letter back to me at 544-0007. I will then file an Application for an Order Regarding Temporary Transfer of Custody to the State of Hawaii Regarding Writ of Habeas Corpus Ad Testificandum with the U. S. District Court and provide you with a copy. Thank you for your assistance.

Sincerely,

*/s/ Cliff Hunt*  
Clifford B. Hunt

APPROVED:

for /s/ _____      DATE    1-3-06  
Christopher Thomas, Assistant US Attorney

Exhibit A

CLIFFORD HUNT 3425
333 Queen Street, Suite 612
Honolulu, Hawaii 96813
PH (808) 545-4050; FAX (808) 544-0007
Email: NOTGUILTY007@msn.com

Attorney for Defendant Paul Teo

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF DEFENDANT PAUL TEO FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM RE WITNESS PHILLIP NASH,<br><br>Witness. | S.P. NO. 05-1-0498<br>(Cr. No. 05-1-1086)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM; WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT:

Comes now defendant above-named, by his attorney, Clifford Hunt, and respectfully alleges as follows:

1. That defendant is charged in the indictment in Cr. No. 05-1-1086, in the Circuit Court of the First Circuit, State of Hawaii, with sexual assault in the first degree, kidnapping and burglary in the first degree;

2. That the indictment alleges that said offenses occurred on May 20, 2005 and that the complaining witness is Jaqueleen Dupio.

3. Ms. Dupio testified before the grand jury in said case that she was kidnapped from her residence by defendant between 12:00 a.m. and 1:00 a.m. on May 20, 2005 and driven directly to Alewa Heights where she was sexually assaulted by defendant.





-1-

4. Ms. Dupio further testified before the grand jury that after defendant sexually assaulted her he drove her directly to Halawa Heights where she was able to escape when he momentarily left his vehicle.

5. The defense has located a witness, Phillip Nash, who will testify that during the time when defendant was alleged to have been driving Ms. Dupio to Alewa Heights and sexually assaulting her, to wit in the early morning hours of May 20, 2005, he saw Ms. Dupio and defendant parked outside the residence of Tammy Spencer on Iao Lane in Lanikila.

6. Mr. Nash will testify further that Ms. Dupio went into Tammy Spencer's residence for a short while.

7. Mr. Nash will testify further that when Ms. Dupio left Spencer's residence he saw her get into the front passenger seat of the vehicle driven by the defendant, that they conversed briefly with Mr. Nash, and that Dupio did not appear upset or frightened.

8. Trial is scheduled in this case for the week of February 21, 2006 and has been designated as a priority case.

9. Mr. Nash is now imprisoned as a federal prisoner in the custody of the United States Marshal Service, District of Hawaii and incarcerated at the Federal Detention Center, 351 Eilliot Street, Honolulu, Hawaii 96820.

10. Mr. Nash is a witness whose personal attendance at trial and examination is necessary for the attainment of justice within the meaning of H.R.S. Sec. 660-4 and Chapter 660, Hawaii Revised Statutes.

11. Defendant Paul Teo respectfully requests that Mr. Nash be brought before the court to testify on defendant's behalf on Monday, February 27, 2006 at 9:00 a.m.

WHEREFORE, defendant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus as Testificandum commanding the:

United States Marshal, Mark M. Hanohano, or his deputy, to make available to State of Hawaii officials on Monday, February 27, 2006 at 9:00 a.m., the body of PHILLIP NASH, and

STATE OF HAWAII OFFICIALS, upon taking custody of PHILLIP NASH, to:

1. Bring PHILLIP NASH before the HONORABLE DEXTER DEAN DEL ROSARIO, Judge of the above-entitled court, on Monday, February 27, 2006 at 9:00 a.m., and thereafter

2. Return PHILLIP NASH to the custody of United States Marshal Mark M. Hanohano, or his deputy, that same day.

Dated at Honolulu, Hawaii: December 14, 2005

_____
CLIFFORD HUNT
Attorney for Defendant
Paul Teo

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Testificandum prayed for in the foregoing application.

Dated at Honolulu, Hawaii   DEC 19 2005

DEXTER D. DEL ROSARIO
_____
Judge of the above-entitled court

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: MARK M. HANOHANO, United States Marshal, or His Deputy; and

STATE OF HAWAII OFFICIALS,

GREETINGS:

We command that you, MARK M. HANOHANO, United States Marshal, or your Deputy, produce the body of PHILLIP NASH, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on Monday, February 27, 2006 at 9:00 a.m., for safe and secure conduct; and

STATE OF HAWAII OFFICIALS, upon taking custody of PHILLIP NASH, to:

1. Bring PHILLIP NASH before the HONORABLE DEXTER DEAN DEL ROSARIO, Judge of the above-entitled court, on Monday, February 27, 2006 at 9:00 a.m.; and thereafter

2. Return PHILLIP NASH to the custody of Mark M. Hanohano, United States Marshal, or His Deputy, that same day, at which time this writ shall be deemed dissolved.

WITNESS the Honorable ___DEXTER D. DEL ROSARIO___, Judge of the Circuit Court of the First Circuit, State of Hawaii, and the seal of said Court this 19 day of December, 2005.

B. TERAOKA

_____
Clerk, Circuit Court of the First Circuit
State of Hawaii

**DEXTER D. DEL ROSARIO**
_____
Judge of the Circuit Court of the First Circuit
State of Hawaii

-4-

ORDER GRANTING
TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon reading and filing of the foregoing Application Regarding Temporary Transfer of Custody to the State of Hawaii Regarding Writ of Habeas Corpus Ad Testificandum, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshall Service, District of Hawaii, shall temporarily transfer physical custody of defendant PHILLIP NASH to State of Hawaii officials on Monday, February 27, 2006 at 9:00 a.m. and at such further times necessary to secure the testimony of said witness until the conclusion of said witness' testimony in State of Hawaii v. Paul Teo, Cr. No. 05-1-1086, in the Circuit Court of the First Circuit, State of Hawaii. Upon the conclusion of said witness' testimony, State of Hawaii officials shall return said witness back to the United States Marshal Service, District of Hawaii.

Dated: _____1/9/06_____ at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA v. PHILLIP NASH, CR. NO. 03-00495-09 DAE, ORDER GRANTING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

-3-