DANA S. ISHIBASHI   4187
ATTORNEY AT LAW
568 HALEKAUWILA STREET
The 2ND Floor
HONOLULU, HAWAII  96813
TELEPHONE: 524-5690

ATTORNEY FOR DEFENDANT
PHILLIP NASH


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | [21 U.S.C. §§ 846; |
| | ) | 841(a)(1); 841(b)(1)(A); |
| vs. | ) | 843(b); 18 U.S.C. §2] |
| | ) | |
| PHILLIP NASH       [09] | ) | NOTICE OF HEARING ON |
| | ) | MOTION TO WITHDRAW AS |
| Defendant. | ) | COUNSEL; MOTION TO |
| | ) | WITHDRAW AS COUNSEL; |
| | ) | DECLARATION OF COUNSEL; |
| | ) | EXHIBIT "A" and |
| | ) | CERTIFICATE OF SERVICE |


**NOTICE OF HEARING ON**
**MOTION TO WITHDRAW AS COUNSEL**


To: **Mr. EDWARD KUBO**
    United States Attorney
    District of Hawaii

    **Mr. CHRIS THOMAS**
    Assistant United States Attorney
    PJKK Federal Building, Room 6100
    300 Ala Moana Boulevard

Honolulu, Hawaii  96813

PLEASE TAKE NOTICE that the following Motion will be heard before the Honorable _____, in his/her courtroom in the United States Courthouse, District of Hawaii, 300 Ala Moana Boulevard, Honolulu, Hawaii  96813, on _____, or as soon as counsel may be heard.

DATED: Honolulu, Hawai'i, March 1, 2006.


DANA S. ISHIBASHI
ATTORNEY FOR DEFENDANT
PHILLIP NASH

-2-
United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | [21 U.S.C. §§ 846; |
| | ) | 841(a)(1); 841(b)(1)(A); |
| vs. | ) | 843(b); 18 U.S.C. §2] |
| | ) | |
| PHILLIP NASH        [09] | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Defendant Phillip Nash, by his counsel undersigned, to move the Honorable presiding judge of the above-entitled Court for an order permitting the withdrawal of cousel Dana S. Ishibashi and appointment of new counsel for the Defendant.

This motion is brought pursuant to LR 83.6(b), Local Rules of Practice for the United States District Court for the District of Hawai'i and is supported by the attached Declaration of Counsel, Exhibit "A" and

-3-
United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel

any other evidence that may be adduced at a hearing on this motion.

    DATED: Honolulu, Hawai'i, March 1, 2006.


                        _____
                        DANA S. ISHIBASHI
                        ATTORNEY FOR DEFENDANT

United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | [21 U.S.C. §§ 846; |
| | ) | 841(a)(1); 841(b)(1)(A); |
| vs. | ) | 843(b); 18 U.S.C. §2] |
| | ) | |
| PHILLIP NASH        [09] | ) | DECLARATION OF COUNSEL |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF COUNSEL

1.   I am the attorney for the Defendant in the above-entitled case;

2.   I have reviewed the records and files pertaining to the instant case and am informed and of the belief that:

a. Sentencing in this matter presently scheduled for Monday, March 6, 2006.

b. In preparing Defendant's Supplemental Sentencing Statement a dispute has arisen between the Defendant and counsel as to whether counsel could

-5-

United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel

assert certain arguments, especially those affecting
the integrity of the plea agreement between the
Defendant and the United States in this case.

c. Counsel represented to the Magistrate Judge,
who conducted the colloquy at the guilty plea
proceeding by the Defendant, that I did not see any
reason why the court should not accept the Defendant's
plea and the plea agreement.

d. Counsel believes it to be unethical to now
participate in attacking the plea agreement.

e. New counsel should be appointed to review
with the Defendant the necessity of withdrawing his
guilty plea.

f. On March 1, 2006, I received a letter from
the Defendant (dated 2/27/06), which is attached hereto
as Exhibit "A".

g. While there are certain statements made by
the Defendant in his letter that I strongly disagree
with, I do not find it appropriate to lodge said
disagreements here. Suffice to say that a conflict has

-6-
United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel

arisen, which I believe affects the Defendant's right to assert certain points of law and fact at his sentencing.

I, DANA S. ISHIBASHI, declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, _March 1, 2006_ .


_____
DANA S. ISHIBASHI

-7-

United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel

To: The Honorable Judge David Alan Ezra

2-21-06                      -Via- Dana Ishibashi

Sir, I'm scheduled to Appear In front of you for sentencing on March 6 2006. I Asked my Attorney to request A postponement, his response was that, "he doesn't think we can get it postponed due to the Courts Innitiative to free up the docket."

I feel that sentencing is a Critical Stage In a Criminal proceeding perhaps the most important. Effective legal representation at sentencing is Critical In reaching determinations that accurately and fairly administer Justice.

There Is no doubt In my mind that we are not prepared to proceed at A level that will meet the standard of Effective legal Representation.

Due to my Attorney's Very busy schedule, he did not have sufficient time to Investigate and prepare for sentencing, i.e. "Object to factual errors In P.S.R.; Investigate mitigating circumstances for sentencing; Move to supress evidence, etc.

For the reasons stated above I Ask you to please grant us A 180 day Postponement or what you think Is sufficient.

Sincerely

Philip Noel



EXHIBIT ___ "A"

HONOLULU HI 96

28 FEB 2006 PM

USA ¢
USA ¢
USA ¢

Mr. DANA ISHiBASHi
ATTORNEY AT LAW.

568  HALEKAUWILA  ST,
2 ND  FLOOR
Honolulu, HAWAii   96813

96813+5027

NAME: _Phillip P. Mol_
NUMBER: _90899 - 022_
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served on the following parties by hand-delivery on _____March  1_____, 2006.


FLORENCE T. NAKAKUNI
Chief, Narcotics Section

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DANA S. ISHIBASHI

-8-
United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel