DANA S. ISHIBASHI   4187
ATTORNEY AT LAW
568 HALEKAUWILA STREET
The 2ND Floor
HONOLULU, HAWAII  96813
TELEPHONE: 524-5690

ATTORNEY FOR DEFENDANT
PHILLIP NASH


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | [21 U.S.C. §§ 846; |
| | ) | 841(a)(1); 841(b)(1)(A); |
| vs. | ) | 843(b); 18 U.S.C. §2] |
| | ) | |
| PHILLIP NASH        [09] | ) | NOTICE OF HEARING ON |
| | ) | MOTION TO WITHDRAW AS |
| Defendant. | ) | COUNSEL; MOTION TO |
| | ) | WITHDRAW AS COUNSEL; |
| | ) | DECLARATION OF COUNSEL; |
| | ) | EXHIBIT "A" and |
| | ) | CERTIFICATE OF SERVICE |


**NOTICE OF HEARING ON
MOTION TO WITHDRAW AS COUNSEL**

To: **Mr. EDWARD KUBO**
    United States Attorney
    District of Hawaii

    **Mr. CHRIS THOMAS**
    Assistant United States Attorney
    PJKK Federal Building, Room 6100
    300 Ala Moana Boulevard

Honolulu, Hawaii  96813

PLEASE TAKE NOTICE that the following Motion will be heard before the Honorable _____, in his/her courtroom in the United States Courthouse, District of Hawaii, 300 Ala Moana Boulevard, Honolulu, Hawaii  96813, on _____, or as soon as counsel may be heard.

DATED: Honolulu, Hawai'i, March 1, 2006.


_____

DANA S. ISHIBASHI
ATTORNEY FOR DEFENDANT
PHILLIP NASH

United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel