IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | [21 U.S.C. §§ 846; |
| | ) | 841(a)(1); 841(b)(1)(A); |
| vs. | ) | 843(b); 18 U.S.C. §2] |
| | ) | |
| PHILLIP NASH         [09] | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Defendant Phillip Nash, by his counsel undersigned, to move the Honorable presiding judge of the above-entitled Court for an order permitting the withdrawal of cousel Dana S. Ishibashi and appointment of new counsel for the Defendant.

This motion is brought pursuant to LR 83.6(b), Local Rules of Practice for the United States District Court for the District of Hawai'i and is supported by the attached Declaration of Counsel, Exhibit "A" and

-3-
United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel

any other evidence that may be adduced at a hearing on this motion.

DATED: Honolulu, Hawai'i, March 1, 2006.

                                    DANA S. ISHIBASHI
                                    ATTORNEY FOR DEFENDANT

-4-

United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel