IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | [21 U.S.C. §§ 846; |
| | ) | 841(a)(1); 841(b)(1)(A); |
| vs. | ) | 843(b); 18 U.S.C. §2] |
| | ) | |
| PHILLIP NASH        [09] | ) | DECLARATION OF COUNSEL |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## DECLARATION OF COUNSEL

1. I am the attorney for the Defendant in the above-entitled case;

2. I have reviewed the records and files pertaining to the instant case and am informed and of the belief that:

    a. Sentencing in this matter presently scheduled for Monday, March 6, 2006.

    b. In preparing Defendant's Supplemental Sentencing Statement a dispute has arisen between the Defendant and counsel as to whether counsel could

-5-
United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel

assert certain arguments, especially those affecting the integrity of the plea agreement between the Defendant and the United States in this case.

    c. Counsel represented to the Magistrate Judge, who conducted the colloquy at the guilty plea proceeding by the Defendant, that I did not see any reason why the court should not accept the Defendant's plea and the plea agreement.

    d. Counsel believes it to be unethical to now participate in attacking the plea agreement.

    e. New counsel should be appointed to review with the Defendant the necessity of withdrawing his guilty plea.

    f. On March 1, 2006, I received a letter from the Defendant (dated 2/27/06), which is attached hereto as Exhibit "A".

    g. While there are certain statements made by the Defendant in his letter that I strongly disagree with, I do not find it appropriate to lodge said disagreements here. Suffice to say that a conflict has

-6-
United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel

arisen, which I believe affects the Defendant's right to assert certain points of law and fact at his sentencing.

I, DANA S. ISHIBASHI, declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, _March 1, 2006_.

_____
DANA S. ISHIBASHI

-7-
United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel