To: The Honorable Judge David Alan Ezra

2-27-06

-Via- Dana Ishibashi

Sir, I'm scheduled to Appear In front of you for sentencing on March 6 2006. I Asked my Attorney to request A postponement, his response was that, "he doesn't think we can get it postponed due to the courts Innitiative to free up the docket."

I feel that sentencing is a critical Stage In a criminal proceeding perhaps the most important. Effective legal representation at sentencing is critical In reaching determinations that accurately and fairly administer Justice.

There Is no doubt In my mind that we are not prepared to proceed at A level that will meet the standard of Effective legal Representation.

Due to my Attorney's Very busy schedule, he did not have sufficient time to Investigate and prepare for sentencing, i.e. "Object to factual errors In P.S.R.; Investigate mitigating circumstances for sentencing; move to supress evidence, etc.

For the reasons stated above I Ask you to please grant us A 180 day postponment or what you think Is sufficient.

Sincerely,

Phillip Nash



EXHIBIT "A"

NAME: [signature]
NUMBER: 90899-022
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

HONOLULU HI
28 FEB 2006 PM

Mr. DANA ISHIBASHI
ATTORNEY AT LAW.
566 HALEKAUWILA ST,
2ND FLOOR
Honolulu, Hawaii 96813