DANA S. ISHIBASHI  4187
ATTORNEY AT LAW
568 HALEKAUWILA STREET
The 2ND Floor
HONOLULU, HAWAII  96813
TELEPHONE: 524-5690

ATTORNEY FOR DEFENDANT
PHILLIP NASH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 03-00495 DAE |
| ) | |
| Plaintiff, ) | [21 U.S.C. §§ 846; |
| ) | 841(a)(1); 841(b)(1)(A); |
| vs. ) | 843(b); 18 U.S.C. §2] |
| ) | |
| PHILLIP NASH  [09] ) | CERTIFICATE OF SERVICE |
| ) | RE: MOTION TO WITHDRAW |
| Defendant. ) | AS COUNSEL |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2006, a true and correct copy of the foregoing document was duly served electronically through CM/ECF on CHRIS A. THOMAS, Assistant U.S. Attorney, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

_____
DANA S. ISHIBASHI

-8-
United States of America vs. Phillip Nash [09], Cr. No. 03-00495 DAE,
In the United States District Court for the District of Hawai'i
Motion to Withdraw as Counsel