```
DANA S. ISHIBASHI  4187
ATTORNEY AT LAW
568 HALEKAUWILA STREET
The 2ND Floor
HONOLULU, HAWAII  96813
TELEPHONE: 524-5690

ATTORNEY FOR DEFENDANT
PHILLIP NASH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | [21 U.S.C. §§ 846; |
| | ) | 841(a)(1); 841(b)(1)(A); |
| vs. | ) | 843(b); 18 U.S.C. §2] |
| | ) | |
| PHILLIP NASH         [09] | ) | ORDER GRANTING MOTION TO |
| | ) | WITHDRAW AS COUNSEL AND |
| Defendant. | ) | ORDER APPOINTING NEW CJA |
| | ) | COUNSEL |
| | ) | |
| | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL AND ORDER APPOINTING NEW CJA COUNSEL**

ON March 20, 2006, the Motion to Withdraw as Counsel filed on March 2, 2006, on behalf of Defendant Phillip Nash, was heard before the Honorable Magistrate Judge Barry M. Kurren. Upon hearing no objection, the motion was granted.

    THEREFORE, IT IS ORDERED that Dana S. Ishibashi is withdrawn as counsel for the Defendant Phillip Nash and Stuart Fujioka is appointed to represent the Defendant hereafter.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated:  March 21, 2006

UNITED STATES OF AMERICA V. PHILLIP NASH; CR. NO. 03-00495 DAE; ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND ORDER APPOINTING NEW CJA COUNSEL