# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 03-00495DAE

CASE NAME:       USA v. (09) Phillip Nash

ATTYS FOR PLA:   Chris A. Thomas

ATTYS FOR DEFT:  (09) Dana S. Ishibashi

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/20/2006 | TIME: | 10:57 - 10:58 |

COURT ACTION:  EP: Motion to Withdraw as Counsel for (09) Phillip Nash - deft present in custody.

Motion GRANTED.
Court appointed Stuart Fujioka as new CJA counsel.
Ishibashi to prepare order.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager