NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant Phillip Nash [09]

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 15 2006

at ___8___ o'clock and __35__ min. __A__ M
SUE BEITIA, CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>plaintiff,<br><br>v.<br><br>Phillip Nash, [09]<br><br>defendant. | Cr. No. 03-0495 DAE<br><br>NOTICE OF HEARING ON DEFENDANT PHILLIP NASH'S [09] MOTION TO RECONSIDER DETENTION ORDER AND FORFEITURE OF BOND; DEFENDANT PHILLIP NASH'S [09] MOTION TO RECONSIDER DETENTION ORDER AND FORFEITURE OF BOND; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

Motion Hearing Date:
Time:
The Hon.

NOTICE OF HEARING ON DEFENDANT PHILLIP NASH'S [09] MOTION TO
RECONSIDER DETENTION ORDER AND FORFEITURE OF BOND

TO:

Chris Thomas, Esq.
300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850

for the United States of America

David Kahunahana
U.S. Pretrial Services
300 Ala Moana Blvd. 7-222

Honolulu, HI 96850

PLEASE TAKE NOTICE that the attached Motion will be heard before the Hon. _____, Magistrate Judge of the above-entitled court in her courtroom on ___**day**, _____, **2006** at __:__ **o'clock a.m.** or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, December 14, 2006.

_____
STUART N. FUJIOKA, Atty. for movant

NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant Phillip Nash [09]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>plaintiff,<br><br>v.<br><br>Phillip Nash,  [09]<br><br>defendant. | Cr. No. 03-0495 DAE |

DEFENDANT PHILLIP NASH'S [09] MOTION TO RECONSIDER DETENTION
ORDER AND FORFEITURE OF BOND

        Defendant Phillip Nash, through counsel, requests

reconsideration of Detention and $5,000.00 bond forfeiture

ordered by the Court on 8/22/05. This motion is supported by the

attached declaration and the entire record, and defendant

requests an order releasing him to Hina Mauka, 45-845 Po'okela

St. Kaneohe, Hi 96744, ph. 236-2600, pending the availability of

bedspace.

Dated: Honolulu, Hawaii, December 14, 2006.

_____
Stuart N. Fujioka, attorney for movant