IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>plaintiff,<br><br>v.<br><br>Phillip Nash, [09]<br><br>defendant. | Cr. No. 03-0495 DAE |

### DECLARATION OF COUNSEL

Stuart N. Fujioka, an attorney duly licensed before this Honorable Court, hereby declares under penalty of law that the following is true and based on personal knowledge.

1. I am counsel for defendant and am authorized to make this declaration.

2. Defendant is detained pending trial by 8/22/05 order of this Honorable Court, which also called for forfeiture of a previous $5,000.00 bond.

3. Shortly before 8/22/05, defendant was summoned into court to show cause why his earlier release should not be revoked.

    a. Defendant appeared in court without being arrested and admitted his violations.

4. Despite at least 14 months' sobriety, Defendant has ongoing substance abuse issues.

    a. I have verified with Mr. Dennis George that defendant she has been found suitable for residential treatment

       at Hina Mauka, 45-845 Po'okela St. Kaneohe, HI 96744, ph. 236-2600 pending availability of bedspace.

    b. Confidential report of the assessment will be made available to the court before the hearing on this motion.

5. Defendant has been in custody since 8/22/05.

    a. Residential treatment will suffice to prevent any danger to the community and risk of non-appearance at court proceedings.

    b. Rehabilitative efforts will help defendant to secure a favorable sentence.

7. I have discussed with the Office of Pretrial Services the defendant's need for residential drug treatment.

8. The government, through U.S. Attorney Chris Thomas, does not oppose release to residential treatment.

Dated: Honolulu, Hawaii, _____DEC 1 4 2006_____.

_____
Stuart N. Fujioka

C:\Doc\Fedcrim\2006\Nash\det-recon.001.wpd