# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/10/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR03-00495DAE

CASE NAME:          USA v. (09) Phillip Nash

ATTYS FOR PLA:      Chris Thomas

ATTYS FOR DEFT:     (09) Stuart Fujioka

INTERPRETER:

|          |                      |           |                |
|----------|----------------------|-----------|----------------|
| JUDGE:   | Kevin S. C. Chang    | REPORTER: | FTR C5         |
| DATE:    | 1/10/2007            | TIME:     | 2:16-2:25:16pm |

COURT ACTION:  EP: Defendant (09) Phillip Nash's Motion to Reconsider Detention Order and Forfeiture of Bond [436] - defendant present, in custody.

Motion to Reconsider Detention denied and reconsideration on bail forfeiture is also denied.  Government to prepare the order.

Defendant remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager