EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-00495 DAE |
| Plaintiff, | |
| vs. | ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER DETENTION ORDER AND FORFEITURE BOND |
| PHILLIP NASH,      (09) | |
| Defendant. | |

ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER
DETENTION ORDER AND FORFEITURE BOND

     A hearing on Defendant's Motion to Reconsider Detention Order and Forfeiture Bond in the above-captioned case was held on 10, 2007.  Stuart Fujioka, Esq., appeared for Defendant Phillip Nash who was also present.  Chris A. Thomas, Assistant U.S. Attorney, appeared for the government.

Upon consideration of the motion submitted in connection with this matter and the argument of counsel at the hearing,

IT IS HEREBY ORDERED that Defendant's Motion is DENIED.

The Court finds that based on the criminal history of defendant, his past revocation of pre-trial release and the totality of the circumstances in this case, there is no condition or combination of conditions of release which will reasonably assure Defendant's appearance at this time as required pursuant to 18 U.S.C. § 3142(e); and

That there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e).

DATED:  Honolulu, Hawaii, January 17, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge

U.S. v. Phillip Nash
Cr. No. 03-00495-09 DAE
Order Denying Defendant's Motion to
Reconsider Detention Order and Forfeiture Bond