EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| PHILLIP NASH,       (09) | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the Order Denying Defendant's Motion to Reconsider Detention Order and Forfeiture Bond was signed and filed on January 17, 2007 and was served on the following counsel on January 17, 2007:

Served by First Class mail:

STUART N. FUJIOKA, ESQ.
841 Bishop Street, Suite 224
Honolulu, HI 96813

Attorney for Defendant
PHILLIP NASH


DATED:  Honolulu, Hawaii, January 17, 2007.


                                              /s/ Janice Tsumoto


UNITED STATES v. PHILLIP NASH
Cr. No. 03-00495 DAE
"Certificate of Service"