# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/20/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00495DAE |
| CASE NAME: | USA v. (09) Phillip Nash |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (09) Stuart N. Fujioka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C5F |
| DATE: | 02/20/2007 | TIME: | 10:37 - 10:45 |

COURT ACTION:  EP: [462] Defendant (09) Phillip Nash's Motion to Reconsider Detention Order - deft present in custody.  Motion GRANTED.

Bail set at:
$50,000 secured by $20,000 Security Mortgage.
Third-Party Custodianship of **Brubaker Gilardy**.  Bond is forfeitable for violation of the general or special conditions of release.

The defendant is released forthwith prior to the posting of surety.  A Status Conference will be scheduled to verify that this conditions has been satisfied.  In the event surety is posted prior to the hearing date, the court directs defense counsel to contact the courtroom manager to cancel the hearing.  The Status Conference is set for: **3/20/2007 @ 10 a.m., KSC.**

(7b)  Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g2)  Do not apply for/obtain a passport.

(7h1)  Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

(7i)  Do not change residence without the advance approval of Pretrial services.

(7s1)   You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7t1)   Do not consume any alcoholic beverages or products containing alcohol while on bond.

(7u2)   Do not use illicit drugs.

(7v1)   To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services.

(7w1)   To ensure compliance with the restriction on alcohol use, submit to random alcohol detection testing as approved by Pretrial Services.

(7y)    You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

♦   You shall not commit any offense in violation of federal state, or local law while on release in this case.

♦   You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Submitted by Richlyn W. Young, courtroom manager