*UNITED STATES DISTRICT COURT*
*DISTRICT OF HAWAII*

*MAR 27 2007*

at __1__ o'clock and __05__ min. __P__ M
SUE BEITIA, CLERK

## INFORMATION

Commitment No: 416781
Your Reference: 00416781

CR 03-00495
DAE 09

The Title Insurance Commitment is a legal contract between you and the Company. It is issued to show the basis on which we will issue a Title Insurance Policy to you. The Policy will insure you against certain risks to the land title, subject to the limitations shown on the Policy.

The Commitment is based on the land title as of the Commitment Date. Any changes in the land title or the transaction may affect the Commitment and the Policy.

The Commitment is subject to its Requirements, Exceptions and Conditions.

THIS INFORMATION AND THE ATTACHED PRIVACY NOTICES ARE NOT A PART OF THE TITLE INSURANCE COMMITMENT. YOU SHOULD READ THE COMMITMENT VERY CAREFULLY.

If you have questions about this Commitment, contact **Diane I. Imanaka** by telephone at 1-800-223-9002, by facsimile at 1-808-933-7303, or E-mail at dianei@stchawaii.com.

## TABLE OF CONTENTS

PRIVACY POLICY
AGREEMENT TO THE ISSUE POLICY
CONDITIONS
COMMITMENT DATE
    Schedule A
POLICIES TO BE ISSUED, AMOUNTS AND PROPOSED INSURED
    Schedule A
INTEREST IN THE LAND AND OWNER
    Schedule A
REQUIREMENTS
    Schedule B-I
EXCEPTIONS
    Schedule B-II
DESCRIPTION OF THE LAND                                              Exhibit
"A"

## SECURITY TITLE COPORATION
## PRIVACY POLICY FOR CUSTOMERS

At Security Title Corporation, protecting the privacy and confidentiality of your Personal Information is important. We value your business and the trust you have placed in Security Title Corporation to provide a safe and secure environment for personally identifiable information about you, your finances, and your transaction information.

Security Title Corporation does not sell or share your Personal Information that is non-public or Personal Information about our former customers to non-affiliated third parties except for those companies who work directly with your transaction and as permitted by law. To help you better understand how we protect your Personal Information, we are providing you with the following Privacy Policy describing our privacy practices and policies with respect to your Personal Information pursuant to the Federal Financial Privacy Law.

### INFORMATION WE MAY COLLECT

We collect, maintain, and use information about you, other customers, and authorized users for many reasons, including to help identify you and to service and manage your escrow and/or title transaction(s). We use all of your Personal Information we collect for specific business purposes only. Personal Information we collect falls within the following four categories:

(1) Personal Information provided to us to include your name, address, social security number, and telephone number.
(2) Personal Information gathered from your transaction with us from your lender and/or your realtor.
(3) Personal Information gathered from your transactions and experiences with us and our affiliates that may include a list of your creditors, account numbers and balances and payment addresses.
(4) Personal information including real estate records obtained from public sources.

### SHARING PERSONAL INFORMATION WITH THIRD PARTIES

We do not disclose your Personal Information or any Personal Information about our current or former customers to any affiliate or nonaffiliated third party except as permitted by law. We may disclose all of your Personal Information described above with third parties for the purpose of servicing your escrow and title requirements including processing transactions that you have requested or authorized.

We are required or may provide information about you to outside parties without your consent, as permitted by law in connection with any subpoena or court order, judicial process, or regulatory authorities, with a proposed or actual sale, merger or transfer of all or a portion of a business or an operating unit or to protect against fraud. In addition, we may provide information about you to providers to help us process your escrow transaction.

We do not provide nonpublic information about you to any company whose products and services are being marketed unless you authorize us to do so in writing.

### PERSONAL INFORMATION SECURITY

We restrict access to your Personal Information to those employees who need to know the Personal Information to provide our services to you. We maintain physical, electronic, and procedural safeguards that comply with federal standards to protect your Personal Information.

## CHANGES TO OUR PRIVACY POLICY

We will provide you with our Privacy Policy with each transaction and update changes annually, so long as you maintain an on-going customer relationship with us. You can review our current Privacy Policy on our website at stchawaii.com, or contact us for a copy by calling (808) 535-6000.

**TITLE INSURANCE COMMITMENT
BY**

**STEWART TITLE®**
GUARANTY COMPANY

AGREEMENT TO ISSUE POLICY

We agree to issue policy to you according to the terms of the Commitment. When we show the policy amount and your name as the proposed insured in Schedule A, this Commitment becomes effective as of the Commitment Date shown in Schedule A.

If the Requirements shown in this Commitment have not been met within six months after the Commitment Date, our obligation under this Commitment will end. Also, our obligation under this Commitment will end when the Policy is issued and then our obligation to you will be under the Policy.

Our obligation under this Commitment is limited by the following:

The Provisions in Schedule A.

The Requirements in Schedule B-1.

The Exceptions in Schedule B-II.

The Conditions on Page 2.

This Commitment is not valid without SCHEDULE A and Sections I and II of SCHEDULE B.

THIS COMMITMENT IS NOT AN ABSTRACT, EXAMINATION, REPORT OR REPRESENTATION OF FACT OR TITLE AND DOES NOT CREATE AND SHALL NOT BE THE BASIS OF ANY CLAIM FOR NEGLIGENCE, NEGLIGENT MISREPRESENTATION OR OTHER TORT CLAIM OR ACTION. THE SOLE LIABILITY OF COMPANY AND ITS TITLE INSURANCE AGENT SHALL ARISE UNDER AND BE GOVERNED BY PARAGRAPH 4 OF THE CONDITIONS.

IN WITNESS WHEREOF, Stewart Title Guaranty Company has caused its corporate name and seal to be hereunto affixed by its duly authorized officers on the date shown in Schedule A.

☐

☐ ☐ ☐Countersig
n
ed:Security Title Corporat

Company

Honolulu, Hawaii
City, State

## CONDITIONS

1. **DEFINITIONS**

    (a) "Mortgage" means mortgage, deed of trust or other security instrument. (b) "Public Records" means title records that give constructive notice of matters affecting your title – according to the state statutes where your land is located.

2. **LATER DEFECTS**

    The Exceptions in Schedule B – Section II may be amended to show any defects, liens or encumbrances that appear for the first time in the public records or are created or attached between the Commitment Date and the date on which all of the Requirements (a) and (c) of Schedule B – Section I are met. We shall have no liability to you because of this amendment.

3. **EXISTING DEFECTS**

    If any defects, liens or encumbrances existing at Commitment Date are not shown in Schedule B, we may amend Schedule B to show them. If we do amend Schedule B to show these defects, liens or encumbrances, we shall be liable to you according to Paragraph 4 below unless you knew of this information and did not tell us about it in writing.

4. **LIMITATION OF OUR LIABILITY**

    Our only obligation is to issue to you the policy referred to in this Commitment when you have met its Requirements. If we have any liability to you for any loss you incur because of an error in this Commitment, our liability will be limited to your actual loss caused by your relying on this Commitment when you acted in good faith to:

    Comply with the Requirements in Schedule B – Section 1

    Or

    Eliminate with our written consent any Exceptions shown in Schedule B – Section II

    We shall not be liable for more than the Policy Amount shown in Schedule A of this Commitment and our liability is subject to the terms of the Policy form to be issued to you.

5. **CLAIMS MUST BE BASED ON THIS COMMITMENT**

    Any claim, whether or not based on negligence, which you may have against us concerning the title to the land must be based on this Commitment and is subject



to its terms.

***Stewart Title Guaranty Company***
COMMITMENT FOR TITLE INSURANCE

**SCHEDULE A**

1. Commitment Date:   **February 1, 2007 at 8:00 A.M.**            Title No. **416781**

2. Policy or Policies to be issued:

   (a) **Condition of Title**                                                  Amount: **$ 10,000.00**
       Proposed Insured:
       **Law office of Nishoka & Fujioka**

   (b) **None**                                                                Amount: $
       Proposed Insured:

   (c) **None**                                                                Amount: $
       Proposed Insured:

3. The Fee Simple interest in the land described in this Commitment is owned, at the Commitment Date, by:

   **HOWARD WALLACE NASH and JOSEPHINE LILLIAN NASH, husband and wife, as Tenants by the Entirety**

4. The land referred to in this Commitment is described as follows:

   **SEE EXHIBIT "A" ATTACHED HERETO**

dii

The following requirements must be met:

1. Pay the agreed amounts for the interest in the land and/or the mortgage to be insured.



4. You must tell us in writing the name of anyone not referred to in this Commitment who will get an interest in the land or who will make a loan on the land. We may then make additional requirements or exceptions.

5. You must give us the following documentation on a Construction Loan if any work has commenced on the subject property:

   1. Indemnity Agreement
   2. Financial Statement for all Indemnitors
   3. Loan Agreement
   4. Construction Cost Breakdown
   5. Performance Bond

   NOTE: If Owner-Builder construction, please contact the Title Department for additional requirements.

6. Verification that all assessments and/or association fees are current prior to recordation.

7. This is a status report only. Should a Policy for Title Insurance be requested, additional requirements may be necessary

Any policy we issue will have the following exceptions unless they are taken care of to our satisfaction.

### PART I:

1. Taxes or assessments which are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the public records.

2. Any facts, rights, interests or claims which are not shown by the public records but which could be ascertained by an inspection of said land or by making inquiry of persons in possession thereof.

3. Easements, claim of easement or encumbrances which are not shown by the public records.

4. Discrepancies, conflicts in boundary lines, shortage on area, encroachments or any other facts which a correct survey would disclose, and which are not shown by the public records.

5. Unpatented mining claims; reservations or exceptions in patents or in acts

authorizing the issuance thereof; water rights, claims, or title to water.

6. Any lien, or right to a lien, for services, labor or material theretofore or hereafter furnished, imposed by law and not shown by the public records.

**PART II:**

1. **TAXES**     Tax Map Key:         **HAWAII**     1-6-069-025   -Lot 24

    Hawaii          2006-2007    TAX ROLL

    | '2006 | VALUE | EXEMPTION | NET |
    |---|---|---|---|
    | BLDG | 0 | 0 | 0 |
    | LAND | 25,200 | 0 | 25,200 |
    | TOTAL | 25,200 | | 25,200 |

    Taxes for the Fiscal Year 2006-2007 are a lien; payable as follows:

    | 1st Installment: | $105.21 | PAID |
    |---|---|---|
    | 2nd Installment: | $105.21 | DUE FEBRUARY 20, 2007 |

    **TAXES**     Tax Map Key:         **HAWAII**     1-6-102-081   -Lot 39

    Hawaii          2006-2007    TAX ROLL

    | '2006 | VALUE | EXEMPTION | NET |
    |---|---|---|---|
    | BLDG | 0 | 0 | 0 |
    | LAND | 17,000 | 0 | 17,000 |
    | TOTAL | 17,000 | | 17,000 |

    Taxes for the Fiscal Year 2006-2007 are a lien; payable as follows:

    | 1st Installment: | $70.98 | PAID |
    |---|---|---|
    | 2nd Installment: | $70.97 | DUE FEBRUARY 20, 2007 |

**TAXES**     Tax Map Key:     **HAWAII**     **1-6-102-080 Lot 41**

Hawaii     2006-2007     TAX ROLL

| '2006 | VALUE | EXEMPTION | NET |
|---|---|---|---|
| BLDG | 0 | 0 | 0 |
| LAND | 17,000 | 0 | 17,000 |
| TOTAL | 17,000 | | 17,000 |

Taxes for the Fiscal Year 2006-2007 are a lien; payable as follows:

| 1st Installment: | $70.98 | PAID |
| 2nd Installment: | $70.97 | DUE FEBRUARY 20, 2007 |

2.  Reservation in favor of the State of Hawaii of all mineral and metallic mines.

3.  **AS TO PARCEL FIRST ONLY:**

a) Covenants, conditions, restrictions, reservations, agreements, obligations and other provisions as contained in:

DECLARATION OF COVENANTS

Dated: March 29, 1966
Document No. 389882
  to which reference is hereby made, but deleting any covenant, condition or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status, or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604(c)

The foregoing Declaration of Covenants was amended by the following:

| Dated | Document No. |
|---|---|
| October 10, 1972 | 613864 |

b) Reservations as contained in:

DEED

Dated: January 23, 1976
Document No. 752332
  to which reference is hereby made



4. MORTGAGE

    Mortgagor:    Howard Wallace Nash and Josephine Lillian Nash, husband and wife, as Tenants by the Entirety

    Mortgagee:    Walter A.Y. H. Chinn, Clerk United States District Court, District of Hawai'i

Dated: undated
Recorded: August 19, 2004
Document No. 3154349
To Secure: $8,000.00

    and any additional advances and other amounts secured thereby, all according to the terms of that certain promissory note of said mortgagor(s) therein referred to

### EXHIBIT "A"

**FIRST:**

All of that certain parcel of land situate at Keaau, District of Puna, Island and County of Hawaii, State of Hawaii, described as follows:

Lot 24, area 12,000 square feet, more or less, of Block 20, as shown on Map 70, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1053 (amended) of W. H. Shipman, Limited;

Together with a right-of-way for road and utility purposes in common with others thereunto entitled, over, across and under Lot 8388, as shown on Map 70, and Lot 1311, as shown on Map 44 of said Application;

Being all of the land described in Transfer Certificate of Title No. **365,484**.

NOTE: Lot 24 has access to Pahoa Road over Lots 64 to 67, inclusive, in Block 65, as shown on Map 70, as set forth by Land Court Order No. 17800, filed on January 20, 1960.

**SECOND:**

All of that certain parcel of land situate at Keaau, District of Puna, Island and County of Hawaii, State of Hawaii, described as follows:

Lot 39, area 8,100 square feet, more or less, in Block 68, and an undivided 1/882 interest in roadway Lot 8389, containing an area of 31.111 acres, to be used in common with others entitled thereto, for road purposes only as shown on Map 80; and together also with right of way across Lot 1311, a 40-foot roadway, as shown on Map 44, filed in the

Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1053 amended of W. H. Shipman, Limited;

Being a portion of the land described in Transfer Certificate of Title No. **365,479**.

**THIRD:**

All of that certain parcel of land situate at Keaau, District of Puna, Island and County of Hawaii, State of Hawaii, described as follows:

Lot 41, area 8,100 square feet, more or less, in Block 68, and an undivided 1/882 interest in roadway Lot 8389, containing an area of 31.111 acres, to be used in common with others entitled thereto, for road purposes only as shown on Map 80; and together also with right of way across Lot 1311, a 40-foot roadway, as shown on Map 44, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1053 amended of W. H. Shipman, Limited;

Being a portion of the land described in Transfer Certificate of Title No. **365,479**.