# UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TELEPHONE
(808)541-1300
FAX 541-1303

April 2, 2007

Mr. and Mrs. Howard W. Nash
P.O. Box 10786
Hilo, Hawaii 96721

    RE: <u>Execution of Bail Papers: CR 03-00495DAE-09: USA vs. Phillip Nash</u>

Dear Mr and Mrs. Nash:

    **<u>For your signature before a notary public</u>**, please find enclosed the bail papers for Phillip Nash. *(I have marked off the area that you need to sign)*. After affixing your signatures, please return the "Appearance Bond" portion of the papers in the enclosed self-addressed envelope as soon as possible.

    Should you have any questions, please feel free to contact the Clerk's Office at phone number (808)541-1890.

    Very truly yours,

    SUE BEITIA, Clerk

    by: *[signature]*
    Anna F. Chang
    Deputy Clerk

encl.