ORIGINAL

IAO 199A (Rev. 3/87) Additional of Release                                                                                    Page 1 of 5

Case Number: CR 03-00495 DAE (09)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 7 2007

at _8_ o'clock and _30_ min. A M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
District of Hawaii

UNITED STATES OF AMERICA

V.                                                                           ORDER SETTING CONDITIONS
                                                                                           OF RELEASE

**PHILLIP NASH**                              Case Number: **CR 03-00495 DAE (09)**
Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)   The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)   The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing <u>before</u> any change in address and telephone number.

(3)   I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.

(4)   The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at U.S. Courthouse, 300 Ala Moana Blvd. C-338, Honolulu, HI on <u>As Directed</u>.

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4)   The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(  ) (5)   The defendant executes an unsecured bond binding the defendant to pay the United States the sum of_____ in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

ORIGINAL

2AO 199A (Rev. 3/87) Additional of Release                                                                                         Page 2 of 5
                                                                                           Case Number: CR 03-00495 DAE (09)

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, and upon further finding that the identified individualized risk factors and the totality of the circumstances give rise to a special need to impose additional restrictions in order to reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(✓) (6)      The defendant is placed in the custody of:
             (Name of person or organization)         **BRUBECK NEAL GALLARDE**
                                                     *name reported by PTS as* Brubaker Gilardy
             (City and State)                        Aiea Hawaii 96701

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears. **Bond is forfeitable for violation of the general or special conditions of release.**

Signed: _____
                                                                     Custodian or Proxy

The defendant shall:

(7a1)   Execute a bond in the amount of $50,000.00, secured by a $20,000 Security Mortgage on the following property: TMK's (3) 1-6-069-025; (3) 1-6-102-081; (3) 1-6-102-080.

**The defendant is released forthwith prior to the posting of Surety. <u>A Status Hearing is scheduled for March 20, 2007 at 10:00 a.m.</u> before U.S. Magistrate Judge Kevin S.C. Chang to verify that this condition has been satisfied. In the event surety is posted prior to the hearing date, the Court directs defense counsel to contact the courtroom manager to cancel the hearing.**

(7b)    Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g2)   Do not apply for/obtain a passport.

(7h1)   Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

AO 199A (Rev. 3/87) Additional of Release                                                                Page 3 of 5
Case Number: CR 03-00495 DAE (09)

(7i)  Do not change residence without the advance approval of Pretrial services.

(7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7t1) Do not consume any alcoholic beverages or products containing alcohol while on bond.

(7u2) Do not use illicit drugs.

(7v1) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services.

(7w1) To ensure compliance with the restriction on alcohol use, submit to random alcohol detection testing as approved by Pretrial Services.

(7y)  You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

4AO 199A (Rev. 3/87) Advice of Penalties and Sanctions                                                                                           Page 4 of 5

Case Number: 03-00495 DAE (09)

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2)an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
City & State

## Directions to United States Marshal

(√)  The defendant is ORDERED released after processing.
( )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: APR 13 2007                            _____
                                             Signature of Judicial Officer

                                             KEVIN S.C. CHANG, U.S. Magistrate Judge
                                             Name and Title of Judicial Officer