Defendant:      Phillip Sergio Nash
                USDC Hawaii Cr. No.
                03-0495 DAE-09

Land Court System                               Regular System

After Recordation Return by mail to

Stuart N. Fujioka
Nishioka & Fujioka
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph. 524-8833

## RELEASE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

That the Clerk of the U.S. District Court for the District of Hawaii, located at 300 Ala Moana Blvd. Honolulu, Hawaii 96850, having received full satisfaction of the obligations mentioned in and secured by that certain Mortgage to Secure Obligation with respect to U.S. v. Phillip Nash, United States District Court for the District of Hawaii Cr. No. 03-0495 DAE-09 Pursuant to 18

U.S.C. §3142(c)(2)(k) made by Howard Wallace Nash and Josephina Lillian Nash, husband and wife, recorded on August 9, 2004 in the State of Land Court as document 3154349 as noted on TCT nos. 365,479 and 375,484, does hereby cancel and discharge said mortgage and release unto said Howard Wallace Nash and Josephina Lillian Nash all right, title and interest by it acquired under said Mortgage in and to the property therein described.

Dated: Honolulu, Hawaii, APR 0 2 2007  .

                                      Clerk, United States District
                                      Court for the District of
                                      Hawaii

---

STATE OF HAWAII                    )
                                      ) ss:
CITY AND COUNTY OF HONOLULU  )

    On this 2nd day of April, 2007, before me personally appeared Sue Beitia, Clerk of the United States District Court for the District of Hawaii, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

printed name: Eileen Chun Sakoda
Notary Public, State of Hawaii
My commission expires: 3-20-2008

C:\Doc\Fedcrim\2006\Nash\mort-rel.002.wpd