Defendant:   Phillip Sergio Nash
             USDC Hawaii Cr. No.
             03-0495 DAE-09

OFFICE OF THE
ASSISTANT REGISTRAR, LAND COURT
STATE OF HAWAII
(Bureau of Conveyances)

The original of this document was recorded as follows:

DOCUMENT N~
Doc 3592632
CTN 365,479 & 365,484
DATE      APR 24, 2007 12:00 PM

MAY 15 2007

at 3 o'clock and 0 0 min. P M
SUE BEITIA, CLERK

Land Court System                Regular System

After Recordation Return by mail to

Stuart N. Fujioka
Nishioka & Fujioka
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph. 524-8833

## RELEASE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

That the Clerk of the U.S. District Court for the District of Hawaii, located at 300 Ala Moana Blvd. Honolulu, Hawaii 96850, having received full satisfaction of the obligations mentioned in and secured by that certain Mortgage to Secure Obligation with respect to U.S. v. Phillip Nash, United States District Court for the District of Hawaii Cr. No. 03-0495 DAE-09 Pursuant to 18

U.S.C. §3142(c)(2)(k) made by Howard Wallace Nash and Josephina Lillian Nash, husband and wife, recorded on August 9, 2004 in the State of Land Court as document 3154349 as noted on TCT nos. 365,479 and 365,484, does hereby cancel and discharge said mortgage and release unto said Howard Wallace Nash and Josephina Lillian Nash all right, title and interest by it acquired under said Mortgage in and to the property therein described.

Dated: Honolulu, Hawaii, __APR 0 2 2007__.

_____
Clerk, United States District
Court for the District of
Hawaii

---

STATE OF HAWAII            )
                           ) ss:
CITY AND COUNTY OF HONOLULU )

On this 2nd day of April, 2007, before me personally appeared Sue Beitia, Clerk of the United States District Court for the District of Hawaii, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

_____
printed name: Eileen Chun Oakland
Notary Public, State of Hawaii
My commission expires: 3-20-2010

C:\Doc\Fedcrim\2006\Nash\mort-rel.002.wpd