NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4225
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant Phillip Nash [09]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America, plaintiff, v. Phillip Nash, [09] defendant. | Cr. No. 03-0495 DAE |

STIPULATION TO AMEND CONDITIONS OF PHILLIP NASH'S PRETRIAL RELEASE

It is hereby stipulated, between the parties through undersigned counsel and with the concurrence of the Office of Pretrial Services, pretrial release conditions of Defendant Phillip Nash [09] are amended to require:

- Mental health assessment and treatment as deemed appropriate thereunder.

All other terms and conditions remain in full force and

effect.

Dated: Honolulu, Hawaii, _____.

So Stipulated:

_____
Chris Thomas
Assistant United States Attorney
for the United States

_____
David Kahunahana
Office of Pretrial Services

_____
Stuart N. Fujioka for
defendant

IT IS SO ORDERED:

_____
U.S. Magistrate Judge

NOV 1 3 2007