PS8 HIPS-SUP-L-PETITN-01 (12.05)

**SEALED BY ORDER OF THE COURT**

**SEALED BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 11 2008

at 10 o'clock and 45 min. A.M.
SUE BEITIA, CLERK

U.S.A. vs. PHILLIP NASH                                CRIMINAL NO. 03-00495DAE-09

Petition for Action on Conditions of Pretrial Release

COMES NOW DAVID K. KAHUNAHANA, U.S. Pretrial Services Officer Specialist, presenting an official report upon the conduct of defendant PHILLIP NASH, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since April 13, 2007. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

   The defendant has violated the conditions of pretrial release by:

   Using cocaine on or around March 3, 2008, in violation of Special Condition No. 9.

PRAYING THAT THE COURT WILL ORDER a No-Bail Warrant be issued and the defendant be brought forth to show cause as to why pretrial release should not be revoked. The No-Bail Warrant and this Petition to be sealed for other than law enforcement purposes and until such time that the defendant has been arrested and the warrant duly executed.

ORDER OF COURT

Considered and ordered this 11th day of March, 2008 and ordered filed and made a part of the records in the above case.

_____
DAVID ALAN EZRA
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 11, 2008

_____
DAVID K. KAHUNAHANA
U.S. Pretrial Services Officer Specialist

Place: Honolulu, Hawaii