# MINUTES

CASE NUMBER: CR03-00495DAE

CASE NAME: USA v. (09) Phillip Nash

ATTYS FOR PLA: Chris Thomas

ATTYS FOR DEFT: (09) Stuart Fujioka

INTERPRETER:

JUDGE: Kevin S. C. Chang          REPORTER: FTR C5

DATE: 03/13/2008                  TIME: 2:55-2:58:07pm

COURT ACTION: EP: Order to Show Cause Why Pretrial Release Should Not Be Revoked as to Defendant (09) Phillip Nash - defendant present, in custody.

At defendant's request, Order to Show Cause Why Pretrial Release Should Not Be Revoked as to Defendant (09) Phillip Nash continued to 3/28/08 at 1:30pm before Judge Chang.

Defendant remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager