ORIGINAL   RECEIVED

PS 10
(8/88)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 14 2008
at 3 o'clock and 16 min p M.
SUE BEITIA, CLERK

2008 MAR 11 AM 10: 50

## United States District Court
### for the
### District of Hawaii

799041

**U.S.A. vs PHILLIP NASH**    Docket No. 03-00495DAE-09

**TO:** [1] **Any United States Marshal or any other authorized officer**

| WARRANT FOR ARREST OF DEFENDANT |
|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. |

| NAME OF DEFENDANT<br>Phillip Nash | SEX<br>Male | RACE<br>Black | AGE<br>39 |
|---|---|---|---|

| ADDRESS(STREET, CITY, STATE) |
|---|
| |

| TO BE BROUGHT BEFORE<br>U.S. District Court - Hawaii<br>Prince Kuhio Federal Building<br>300 Ala Moana Boulevard, Room 7-222<br>Honolulu, HI 96850-7222 |
|---|

| CLERK<br>Sue Beitia | (BY) DEPUTY CLERK | DATE 3/11/08 |
|---|---|---|

| RETURN |||
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>3/11/08 | DATE EXECUTED<br>3/13/08 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S. Marshals Service 300 Ala Moana Blvd C-100 Honolulu HI |||
| NAME<br>Arthur Oh | (BY) | DATE<br>3/13/08 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Hawaii;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."