# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR03-00495DAE |
| CASE NAME: | USA v. (09) Phillip Nash |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (09) Stuart Fujioka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | FTR C6 |
| DATE: | 4/10/2008 | TIME: | 10:03-10:45:12am<br>10:56:20-11:31:32am<br>11:40-12:20:25pm<br>2:27-3:02:05pm |

COURT ACTION:  EP: Order to Show Cause Why Pretrial Release Should Not Be Revoked as to Defendant (09) Phillip Nash - defendant present, in custody.

CST: Rudy Intong.  Government's Exhibit A is admitted.

CST: David Kahunahana.  Government's Exhibit B is admitted.

CST: Phillip Nash.

CST: Marisa Martin.  Defendant's Exhibits 1, 2, 3 and 4 are admitted.

Rudy Intong resumed stand and previously sworn.

David Kahunahana resumed stand and previously sworn.

Court finds defendant in violation of the pretrial release order.

Court revokes defendant's pretrial release.

Counsel may file a Motion regarding the issue of the forfeiture of the property.

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager