

e:dae

STUART N. FUJIOKA 4223
1188 Bishop St. Ste. 1006
Honolulu, HI 96813
ph.(808) 544-00068, fax 544-0078
e-mail: stuart@snfaal.com

Attorney for defendant Phillip Nash [09]

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 15 2008

at 11 o'clock and 00 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 03-0495 DAE |
|---|---|
| plaintiff, | |
| v. | DEFENDANT PHILLIP NASH'S [09] NOTICE OF APPEAL AND MEMORANDUM OF LAW |
| Phillip Nash, [09] | |
| defendant. | |

### NOTICE OF APPEAL AND MEMORANDUM OF LAW

TO:

*Chris Thomas*
*300 Ala Moana Blvd. Ste. 6100*
*Honolulu, Hawaii 96850*

*for the United States of America*

*David Kahunahana*
*300 Ala Moana Blvd. Rm. 7-222*
*Honolulu, HI 96850*

Notice is hereby given pursuant to Federal Rule of Criminal Procedure 58(g)(2)(A) and Rules 57.3(b) and 57.8, Rules of the United States District court for the District of Hawaii, that defendant Phillip Nash [09], through counsel, Stuart N. Fujioka, hereby appeals to the United States Court for the District of Hawaii from the oral order revoking pretrial release

ORIGINAL

entered by the Honorable Barry Kurren on April 10, 2008.

Dated: Honolulu, Hawaii, April 15, 2008.

                                                                           _____
                                                                           Stuart N. Fujioka, attorney for appellant