04/04/2008 12:47 FAX 8085413507            US PRETRIAL SVCS-HAWAII                        Ø006/009

## UA Collection

1. Have client remove jackets, coats and large pocket items.

2. Leave purses and other items on the ground by the door or the counter, away from the testing area.

3. Have client wash their hands.

4. Roll up long sleeve shirt or blouses.

5. Don't allow client to flush the toilet until the collection is completed. Check the toilet for foreign material.

6. UA specimen should be between **93.4** to **100** degrees.

7. A minimum of **35 milliliters** is need for the lab to test a sample.

8. Client screws the top on tightly.

9. Fill out the COC completely.

Important Note: Instruct the client to read and complete the Offender/Defendant Certification section before signing the COC.

10. Have client place sticker across top of the bottle.

11. Both the collector and the client **must maintain visual contact** with the specimen until the bottle is screwed on and the label placed over the top.

12. Have client place bottle in the pouch while you open the pouch.

13. Place 2nd copy of COC in back portion of pouch and seal pouch. Place tracking label from COC on pouch.

14. Place pouch in Fed Ex large plastic bag and then place Fed Ex plastic bag in Fed Ex Box.

15. Attach Fed Ex Label to Box. Staple receipt portion of label to 3rd copy of COC.

16. Call Fed Ex for pickup. The number is **1-800 463-3339.** If specimen not sent via Fed Ex the same day as collected, store urine in refrigerator until pick up by Fed Ex.



## EXHIBIT 1

*Revised 10/03*

**United States District Court**
**District of Hawaii**
**U.S. Pretrial Services Office**

*Prince Kuhio Federal Building*
*300 Ala Moana Boulevard*
*Room 7-222*                                         *Telephone: 808.541.3412*
*Honolulu, HI 96850-7222*                            *Fax: 808.541.3507*

## ON-SITE ALCOHOL/DRUG TESTING PROGRAM

## PROCEDURE FOR HANDLING PRESUMPTIVELY POSITIVE RESULTS

A vendor (and its employees) must <u>never</u> discuss the results of a drug or alcohol detection test with the defendant at any time! If a defendant wants to know what will happen as a result of a presumptive test, the vendor must refer the defendant to the instructions in the On-Site Drug Testing Program form, which the defendant reviewed and signed before submitting the urine or breath sample. This form advises that presumptively positive results will be reported to the Pretrial Services Officer and that positive and/or negative samples may be sent to the national laboratory for further testing. If the defendant poses additional questions or asks for further information, refer the defendant to the Pretrial Services Office (808/541-3412).

IMPORTANT!

1.    All presumptively positive test results must be forwarded to the national contract laboratory for confirmation testing.

2.    All presumptively positive test results must be reported to Pretrial Services via fax within 24 hours! If appropriate due to the defendant's reaction to the presumptive positive, the collector is encouraged to also notify the officer immediately by telephone.

3.    **NEVER DISCUSS THE RESULTS OF ANY DRUG TEST WITH A DEFENDANT! ANY QUESTIONS MUST BE DIRECTED TO THE DEFENDANT'S PRETRIAL SERVICES OFFICER.**



Revised 10/03

*United States District Court*
*District of Hawaii*
*U.S. Pretrial Services Office*

*Prince Kuhio Federal Building*
*300 Ala Moana Boulevard*
*Room 7-222*
*Honolulu, HI 96850-7222*

*Telephone: 808.541.3412*
*Fax: 808.541.3507*

## ON-SITE ALCOHOL/DRUG TESTING PROGRAM

## PROCEDURES FOR USE OF NON-INSTRUMENTED TESTING DEVICE (NITD) COLLECTION AND TESTING

**Verify the NITDs to be used.**
Use NITDs provided by and belonging to the Pretrial Services Office only! Verify the expiration date and use the NITDs with the shortest shelf life first. Do not use any NITDs that have expired; contact the Pretrial Services Office to arrange to return the expired NITDs. Check the Program Plan or any special instructions of the Pretrial Services Office to determine which NITDs to use in testing. Record the NITD on the NITD Log for inventory and tracking purposes.

**Complete the top portion of the On-Site Drug Testing Program form.**
The defendant must list all medications taken within the past 72 hours. If he/she states "none," the form must reflect "none." Have the defendant sign and date the form, acknowledging an understanding of the on-site NITD testing program. The collector must also sign and date the form.

**Observe the collection of the urine sample, adhering strictly to the collection protocol.**
All urine specimens must be observed by a same sex collector. The collector must adhere to the established protocol for urine collection at all times. Any deviation from the protocol can render the urine specimen invalid. Any unobserved sample(s) must be sent to the national contract laboratory for further testing with a request for an adulteration panel.

**Check the temperature of the specimen by observing the temperature strip on the bottle.**
A temperature reading taken within 4 minutes of obtaining a viable specimen should be between 90 and 100 degrees. If the temperature of the urine sample is not within the normal limits, the specimen should be forwarded to the national laboratory with a request for an adulteration panel. In addition, a second sample should be obtained for testing.

**Follow the instructions for use of the specified NITD.**
Specific instructions are provided for reference. If the NITD results NEGATIVE for alcohol or illicit drugs, the urine sample may be discarded, unless the specimen is #40 (quality control), at which time it must be forwarded to the national contract laboratory.

If the NITD results POSITIVE for alcohol or illicit drugs, prepare to forward the urine sample to the national contract laboratory for confirmation. Also, provide the Pretrial Services Office with a copy of the presumptive positive by fax within 24 hours.

All NITD devices used must be recorded on the log, regardless of the negative or positive results, for inventory and tracking purposes.



**Complete the middle portion of the On-Site Drug Testing Program form.**

List the type of NITD device(s) used and whether the NITD test resulted POSITIVE or NEGATIVE.

If NEGATIVE, the urine sample may be discarded, unless the specimen is #40 (quality control), at which time it must be forwarded to the national contract laboratory.

If POSITIVE, indicate which drug(s) caused the presumptive positive result. Prepare the specimen for shipment to the national contract laboratory. List the chain of custody number on the form and the date the sample was sent to the national contract laboratory. Also indicate the date the results was faxed to the Pretrial Services Office.

**Preserve the chain of custody at all times!**

The defendant must be present during all phases of the drug/alcohol testing procedures. Chain of custody protocol must be observed and preserved at all times.

**IMPORTANT: NEVER DISCUSS THE RESULTS OF ANY DRUG TEST WITH A DEFENDANT, EXCEPT TO ADVISE THE DEFENDANT THAT ANY PRESUMPTIVELY POSITIVE RESULT WILL BE REPORTED TO HIS/HER PRETRIAL SERVICES OFFICER. ANY QUESTIONS MUST BE DIRECTED TO THE DEFENDANT'S PRETRIAL SERVICES OFFICER.**

