Revised 11/03

# U.S. PRETRIAL SERVICES OFFICE DISTRICT OF HAWAII

## ON-SITE DRUG TESTING PROGRAM

The U.S. Pretrial Services Office for the District of Hawaii utilizes Non-Instrumented Drug Testing Devices (hand-held tests) to detect for the prohibited use of controlled substances.

The hand-held devices are used to preliminarily determine the presence of any controlled substances in the urine. If the hand-held devices test presumptively positive for controlled substances, the urine specimen will be forwarded to the national laboratory for further testing and confirmation. Additionally, negative results may also be forwarded to the national laboratory for further testing and confirmation.

I agree to fully cooperate with the on-site drug testing program. I certify that the urine specimen I have provided on this date is my own and has not been adulterated or otherwise tampered with. I have read and understand this notice.

I have taken the following prescription and/or over-the-counter medication(s) within the past 72 hours: NONE
(CLIENT MUST ALWAYS COMPLETE THIS! SPECIFY MEDICATION TAKEN OR NOTE "NONE.")

Client's Name (Print) _____ Collector's Signature _____

Client's Signature _____ Date 3/3/08

Date 3/3/08

HINA MAUKA -

### PRESUMPTIVE TEST RESULTS
(All sections must be completed by vendor)

NITD Device(s) Used: (1) Red West  (2) _____

NITD Test Results: [ ] NEGATIVE (Check this if negative)
[✓] POSITIVE (If positive, note the type of drug detected)

- [ ] Amphetamine
- [ ] Methamphetamine
- [ ] Ecstasy
- [✗] Cocaine
- [ ] Opiate/morphine
- [ ] Benzodiazepines
- [ ] THC
- [ ] Other: _____

TEMPERATURE: Is the specimen temperature within normal limits? [✓] YES [ ] NO
(Between 93.4 and 100 degrees)

VENDOR REQUIRED TO SEND TO NATIONAL LABORATORY IF: PRESUMPTIVE POSITIVE, EVERY 40TH QUALITY CONTROL, UNOBSERVED, COLOR OR TEMPERATURE APPEARS ABNORMAL

Specimen sent to national contract laboratory: [✗] YES, Date 3/4/08
Chain of Custody #: C00610529

If presumptive positive, vendor must fax a copy of this form to the U.S. Pretrial Services Office.
Fax Number: 541-3507
Copy sent to the U.S. Pretrial Services Office: [✗] YES, Date 3/4/08
Revised 11/03

EXHIBIT 2

## Scientific Testing Laboratories, Inc.
PROFESSIONAL DRUG AND ALCOHOL ABUSE TESTING FACILITIES
450 Southlake Boulevard • Richmond, VA 23236 • 804/378-9130
www.scitest.us • 800/977-9130 • Fax: 804/379-5919

## Chain of Custody for Drug Analysis
### FEDERAL PRETRIAL SERVICES



**Results Name & Address**
US COURTS MPT-HINA MAUKA-KANEOHE
45-845 POOKELA STREET
KANEOHE HI 96744
CATHY BELLO

**Specimen No.:** C00610528
**Account No.:** 0975WINDSV

**Tests Ordered** (check all that apply)
- ☐ Primary Test Panel
- ☐ Secondary Test Panel
- ☐ Special Test Panel
- ☒ Confirmation Only (specify) COCAINE
- ☐ Individual Special Tests (specify)

### SPECIMEN ID INFORMATION
**Collector's Name:** Last: INTONG  First: RUBIE
**Case Officer Initials:** D.K.   **Date Collected:** 3/3/08
☐ 01 Officer  ☒ 02 Treatment Program  ☐ 03 Other

**Offender/Defendant Name:** Last: NASH  First: Phillip
**PACTS No.:** 8321
**Onsite Barcode/Test ID:** ___
☐ Probation  ☒ Pretrial Services

**Reason for Specimen:**
- ☐ 01 Presentence Report
- ☐ 02 Substance Abuse Treatment
- ☐ 03 Mental Health Treatment
- ☒ 04 Urine Surveillance
- ☐ 05 Pretrial Report
- ☐ 06 Other (specify)

### MEDICAL QUESTIONNAIRE
**Medicine(s) Name:** N/A  **Reason for Use:** ___  **Date Used:** ___

### Offender/Defendant Certification
I certify the specimen I have provided on this date is my own and has not been adulterated. The specimen bottle was sealed in my presence. I have verified that the specimen number on the form, the barcode, and the specimen security seal are identical.

Offender/Defendant Signature: [signature]  Date: 3/3/08

### Specimen Collector Certification
I certify I collected the specimen identified by the specimen number on this form in accordance with the required collection procedures. I certify I applied the numbered security seal and barcode to the specimen bottle in the offender/defendant's presence. I have verified that the specimen number on the form, the barcode, and the specimen seal are identical.

Collector's Signature: Rubie Intong  Date: 3/3/08

### Specimen Transfer Certification
I certify I prepared for transfer to the testing laboratory the specimen identified by the specimen number on this form and have verified the identity of the specimen with its collection chain of custody documentation. I certify I applied the numbered security seal and barcode to the specimen bottle. I have verified the specimen number on the form, the barcode, and specimen security seal are identical.

Transferor's Signature: ___  Date: ___

Apply Barcode Vertically on Bottle

C00610528  C00610528

Use second seal and barcode for specimens opened on site →
Collector's Initials  Date Collected
(PLACE OVER CAP OF SPECIMEN)
SPECIMEN NO. C00610528 S
Security Seal
Federal Probation/Pretrial

### COLLECTOR INSTRUCTIONS
- **COMPLETE** - Specimen ID information before collection
- **COLLECT** - Specimen in accordance with Administrative Procedures
- **AFFIX** - Security Seal and barcode to specimen bottle as illustrated above
- **ASK** - Offender/Defendant to verify the bottle was sealed in his/her presence
- **INITIAL** - Initial security seal and enter date collected
- **ASK** - Offender/Defendant to read, sign, and date Offender/Defendant Certification
- **SIGN** - Specimen Collector Certification after sealing specimen bottle and applying security seal

TEAR OFF TOP COPY AND RETAIN FOR YOUR OFFICE RECORDS   PLY 1

KROLL LABORATORY SPECIALISTS, INC.
450 Southlake Blvd., Richmond, VA 23236
Telephone: 804.378.9130  Facsimile: 804.379.5919
*Professional Drug and Alcohol Abuse Testing Facilities*

Account #: 0975WINDSV

US COURTS HIPT-HINA MAUKA-KANEOHE
ATTN: CATHY BELLO
45-835 POOKELA ST.
KANEOHE, HI  96744

RESULTS OF CONTROLLED SUBSTANCE TEST - NON-WORKPLACE URINE

Donor Name: NASH
PACTS #: 8321                                              Specimen Drug Status: POSITIVE

Specimen ID: C00610528    Onsite Test ID: NONE GIVEN      Date Collected: 03/03/2008
Reason for Test: URINE SURVEILLANCE                       Date Received:  03/06/2008
Collector Name: INTONG, RUBIE                             Date Reported:  03/07/2008
Officer Initials: DK

| Class or Analyte | Result | Screen Cut-Off | Confirmation Cut-Off |
|---|---|---|---|
| COCAINE | | | |
| BENZOYLECGONINE | * POSITIVE | | 150 ng/mL |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 15 mg/dL |
| SPECIFIC GRAVITY | NORMAL | 1.004 - 1.044 |
| pH | NORMAL | 4.00 - 9.99 |

CONFIRMED POSITIVE BY GC/MS FOR BENZOYLECGONINE (COCAINE METABOLITE).

* Indicates Positive Result

Attestation: I hereby certify that I performed, or had the above laboratory analysis performed directly under my supervision as described on this report, as an employee of and within the laboratory and facilities of Kroll Laboratory Specialists, Incorporated, and that the above report is a true and accurate record of the results of the analysis.

CERTIFYING SCIENTIST: KURT KNACHEL, BS, MT(ASCP)                          Page 1 of 1

# Daily Treatment Log

VENDOR  Hina Mauka Kaneohe Pretrial

MONTH/YEAR March 2008

*Defendant's/offender's signature is required. Please submit this form with the monthly bills.

| Date | Client's (signature required) Nash, Phillip | Time In | Service Received (UA, counseling, assessment, etc.) | Time Out | Client's Initials | Vendors Initials | Comments |
|---|---|---|---|---|---|---|---|
| 3/3 | [signature] | 840 | UA | 847 | [initials] | [initials] | |

Replaces Attachment J.