IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 03-0495 DAE |
|---|---|
| plaintiff, | |
| v. | |
| Phillip Nash, [09] | |
| defendant. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly mailed, postage prepaid, or hand delivered to:

Chris Thomas
300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850

for the United States of America

David Kahunahana/Julie Wall
U.S. Pretrial Services
300 Ala Moana Blvd. 7-222
Honolulu, HI 96850

Dated: Honolulu, Hawaii, _April 15, 2008.

_____
Stuart N. Fujioka

C:\Doc\Fedcrim\2006\Nash\certserv.001.wpd