# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00495DAE |
| CASE NAME: | USA v. (09)Phillip Nash |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (09)Stuart N. Fujioka |
| PTS: | Alison Thom |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/17/2008 | TIME: | 1:30pm-1:50pm |

COURT ACTION:  EP: [534]Defendant's Appeal of a Magistrate's Detention Order.

Defendant present in custody.

Oral arguments heard.

[534]Defendant's Appeal of a Magistrate's Detention Order- TAKEN UNDER ADVISEMENT.

Court to issue order.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager