NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant Phillip Nash [09]

LODGED
APR 29 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 30 2008
at 11 o'clock and 45 min. A.M.
SUE BEITIA, CLERK

**THIS DOCUMENT IS FILED UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>plaintiff,<br><br>v.<br><br>Phillip Nash, [09]<br><br>defendant. | Cr. No. 03-0495 DAE<br><br>MOTION TO FILE DOCUMENT UNDER SEAL: **DENIED**<br><br>UNITED STATES MAGISTRATE JUDGE |

NOTICE OF FILING UNDER SEAL

In accordance with L.R. 10.2, defendant requests that this document be filed under seal and reviewed *in camera*.

Dated: Honolulu, Hawaii, April 28, 2008.

_____
Stuart N. Fujioka,
attorney for defendant

C:\Doc\Fedcrim\2006\Nash\mtn-seal.wpd

ORIGINAL    SEALED
BY ORDER OF THE COURT