IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PHILLIP NASH (09), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S MOTION
TO POSTPONE DEFENDANT'S SENTENCING HEARING

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing.  After reviewing Defendant's motion, the Court GRANTS Defendant's motion to postpone his sentencing from May 7, 2008 to June 2, 2008,  at 3:00 p.m.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 1, 2008.

_____
David Alan Ezra
United States District Judge