# MINUTES

CASE NUMBER:      CR 03-00495DAE

CASE NAME:        USA v. (09) Phillip Nash

ATTYS FOR PLA:    Chris A. Thomas

ATTYS FOR DEFT:   Stuart N. Fujioka

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    05/02/2008               TIME:       10:34 - 10:45

COURT ACTION:  EP:  [542] Stuart N. Fujioka's Motion to Withdraw as Counsel for Defendant (09) Phillip Nash - deft present in custody.  PTS David Kahunahana present.  Motion is withdrawn.  Stuart N. Fujioka to remain as counsel (10:42 - 10:43).

[544] Defendant (09) Phillip Nash's Ex Parte Motion for Authority to Obtain Services - court orders that this motion be SEALED.  Motion is GRANTED on condition that the defendant also submit to a polygraph test re substitution of samples.  Chris A. Thomas to prepare the order (10:34 - 10:42).

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager