EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS     #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     vs.                      )<br>                              )<br>PHILLIP NASH,         (09)   )<br>                              )<br>          Defendant.          )<br>_____) | CR. NO. 03-00495 DAE<br><br>ORDER GRANTING DEFENDANT'S<br>EX PARTE MOTION FOR AUTHORITY<br>TO OBTAIN SERVICES |

ORDER GRANTING DEFENDANT'S EX PARTE MOTION
FOR AUTHORITY TO OBTAIN SERVICES

A hearing on Defendant's Ex Parte Motion for Authority to Obtain Services in the above-captioned case (hereinafter "Defendant's Motion") was held on May 2, 2008.  Chris A. Thomas, Assistant United States Attorney, appeared on behalf of the

United States; Stuart N. Fujioka, Esq., appeared on behalf of PHILLIP NASH who was also present.

Upon consideration of the motion submitted in connection with this matter, the arguments of counsel at the hearing and in accordance with the provisions of Title 18 U.S.C. § 3006A(e) and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

The Court finds that Defendant shall be allowed to incur the following litigation expenses:

1.  Human Identification Technologies, Inc. 440 Business Center Court Redlands, CA 92373, phone number (909) 557-1828, $1,090.00 each for analysis of two specimens plus $25.00 reference sample kit for a total of $2,205.00;

2.  The sum of $680.63 to Inalab to collect the specimen at the Federal Detention Center.

3.  The total sum being $2,885.63.

The Court also finds that Defendant will be responsible for coordinating the transfer, and to ensure that adequate measure are in place to ensure the integrity and chain of custody of the original urine specimen from Kroll Laboratory to Human Identification Technologies, Inc. for further testing pursuant to this Court's Order.

IT IS FURTHER ORDERED that as a condition of granting this Order, Defendant shall submit to a polygraph test to address any potential issue of sample substitution by Defendant on March 3, 2008.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: May 13, 2008

U.S. v. Phillip Nash
Cr. No. 03-00495 HG
"*Order Granting Defendant's ex Parte
Motion for Authority to Obtain Services*"