ORIGINAL

STUART N. FUJIOKA 4223
1188 Bishop St. Ste. 1006
Honolulu, HI 96813
ph.(808) 544-0068, fax 544-0078
e-mail: stuart@snfaal.com

Attorney for defendant Phillip Nash [09]

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2008

at __11__ o'clock and __10__ min. __a__ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 03-0495 DAE |
|---|---|
| plaintiff, | |
| v. | DEFENDANT PHILLIP NASH'S [09] MOTION TO CONTINUE 6/2/08 SENTENCING; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
| Phillip Nash, [09] | |
| defendant. | |

DEFENDANT PHILLIP NASH'S [09] MOTION TO CONTINUE 5/7/08 SENTENCING

Defendant, through counsel and accordance with F.R.Cr.P. Rule 47, respectfully moves to continue sentencing, which is currently set for 6/2/08 at 3:00 p.m., due to ongoing litigation concerning his violation of pretrial release, which may affect: the scope of his downward departure; obstruction of justice; and property forfeiture. This motion is supported by the attached declaration and the entire record.

Dated: Honolulu, Hawaii, May 27, 2008.

_____
Stuart N. Fujioka, attorney
for movant

ORIGINAL