IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PHILLIP NASH, [09] | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT PHILLIP NASH'S
MOTION TO CONTINUE SENTENCING

      Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing.  After reviewing Defendant's motion and the supporting declaration, the Court DENIES Defendant Phillip Nash's Motion to Continue Sentencing.

      On May 28, 2008, Defendant filed his Motion to Continue Sentencing.  Defendant's reasons for continuing his sentencing are his pending appeal to the Ninth Circuit concerning the revocation of his pretrial release, that the sentencing may affect the scope of his downward departure.

Defendant's appeal is based upon an alleged erroneous pretrial release revocation. However, when Defendant is sentenced, this issue becomes moot. Therefore, it is not a basis for continuance of his sentencing.

With respect to Defendant's second argument that sentencing would affect the scope of his downward departure, the Court notes that Defendant has been working with the government for several years, and therefore the Government is well aware of his substantial assistance, if any, and is in a position to make a downward departure motion if it so chooses. In addition, the government is permitted to make a motion for downward departure after Defendant is sentenced pursuant to Federal Rule of Criminal Procedure 35.

//

//

//

//

//

//

//

//

//

For these reasons, the Court DENIES Defendant Phillip Nash's motion to continue sentencing.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 29, 2008.



_____
David Alan Ezra
United States District Judge

United States of America vs. Phillip Nash, CR. No. 03-00495 DAE; ORDER DENYING DEFENDANT PHILLIP NASH'S MOTION TO CONTINUE SENTENCING