ORIGINAL

STUART N. FUJIOKA 4223
1188 Bishop St. Ste. 1006
Honolulu, HI 96813
ph.(808) 544-00068, fax 544-0078
e-mail: stuart@snfaal.com

Attorney for defendant Phillip Nash [09]

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 24 2008

at 11 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 03-0495 DAE |
|---|---|
| plaintiff, | DEFENDANT PHILLIP NASH'S NOTICE OF APPEAL FROM THE 4/22/08 ORDER AFFIRMING MAGISTRATE'S ORAL ORDER REVOKING PRETRIAL RELEASE; EXHIBIT A; CERTIFICATE OF SERVICE |
| v. | |
| Phillip Nash, [09] | |
| defendant. | |

DEFENDANT PHILLIP NASH'S NOTICE OF APPEAL FROM THE 4/22/08 ORDER AFFIRMING MAGISTRATE'S ORAL ORDER REVOKING PRETRIAL RELEASE

Notice is hereby given, in accordance with F.R.A.P. Rule 4(b), 18 U.S.C. §3145[c] and 28 U.S.C. §1291 that defendant Phillip Nash appeals to the United States Court of Appeals for the Ninth Circuit, from the "Order Affirming Magistrate's Oral Order Revoking Pretrial Release of Defendant Phillip Nash" entered in this Court on April 22, 2008 and attached hereto as Exhibit A.

Dated: Honolulu, Hawaii, April 23, 2008.

_____
Stuart N. Fujioka, attorney
for defendant-appellant

C:\Doc\Fedcrim\2006\Nash\appeal-not.001.wpd

ORIGINAL