IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America, plaintiff, v. Phillip Nash, [09] defendant. | Cr. No. 03-0495 DAE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly mailed, postage prepaid, or hand delivered to:

*Chris Thomas*
*300 Ala Moana Blvd. Ste. 6100*
*Honolulu, Hawaii 96850*

*for the United States of America*

*David Kahunahana/Julie Wall*
*U.S. Pretrial Services*
*300 Ala Moana Blvd. 7-222*
*Honolulu, HI 96850*

Dated: Honolulu, Hawaii, _April 24, 2008.

_____
Stuart N. Fujioka

C:\Doc\Fedcrim\2006\Nash\certserv.001.wpd