TO: Clerk, U.S. Court of Appeals                    Date: June 17, 2008

FROM: Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:   U.S.A. vs Phillip Nash

U.S.D.C CASE NO.   CR 03-00495DAE

U.S.D.C. JUDGE:   David Alan Ezra

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED: 10/08/03

APPEALED ORDER FILED:   04/22/08

NOTICE OF APPEAL FILED:   04/24/08

## COUNSEL INFORMATION

APPELLANT:
Stuart N. Fujioka
1188 Bishop St. Ste. 1006
Honolulu, HI 06813

APPELLEE:
Chris A. Thomas, AUSA
Office of the United States Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI  96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:                              CUSTODY:        ✓

                                      BAIL:           ___

F/P GRANTED: ___
                                      COUNSEL WAIVED: ___

NO OF DAYS OF TRIAL: ___                              Docket    Sheets
                                      enclosed.
                                      COURT REPORTER(S): ___

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. Phillip Nash

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00495DAE

II. **DATE NOTICE OF APPEAL FILED:** 04/24/08

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** *CJA*

   **DOCKET FEE PAID ON:**          **AMOUNT:**

   **NOT PAID YET:**                **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

June 17, 2008

Chris A. Thomas, AUSA
Office of the United States Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI  96850

IN RE:   U.S.A v. Phillip Nash
CR NO.   CR 03-00495DAE

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 04/24/08.

All counsel (or Pro Se) should read and follow the enclosed instructions.  Thank You.

Sincerely,
Sue Beitia, Clerk

By   Laila M. Geronimo
       Deputy

Enclosures

cc:   Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
      Stuart N. Fujioka
          with copy of instructions for criminal appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet