# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:**    U.S.A. vs. Phillip Nash

**U.S. COURT OF APPEALS DOCKET NUMBER:** **08-10282**

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00495DAE

II   **DATE NOTICE OF APPEAL FILED:**   04/24/08

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 26 2008

at 11 o'clock and 05 min A M.
SUE BEITIA, CLERK

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**   C J A

**DOCKET FEE PAID ON:**          **AMOUNT:**

**NOT PAID YET:**               **BILLED:**

**U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

**WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**

**WAS F.P. STATUS REVOKED:**     **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____  _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)