**FILED**

UNITED STATES COURT OF APPEALS

AUG 08 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 11 2008

at __ o'clock and __ min. __M.
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>PHILLIP NASH,<br><br>    Defendant - Appellant. | No. 08-10282<br><br>D.C. No. 1:03-cr-00495-DAE-9<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

A review of the record suggests that this appeal may be moot because appellant was convicted and judgment entered on June 12, 2008. *See* Fed. R. App. P. 9(a) (governing release before judgment of conviction).

Within 21 days after the date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed as moot. If appellant elects to show cause, a response may be filed within 8 days after service of the memorandum.

If appellant does not comply with this order, the appeal may be dismissed without further notice to appellant. *See* 9th Cir. R. 42-1.

HS/MOATT

Briefing is suspended pending further order of the court.

For the Court:

Molly Dwyer
Clerk of Court

By: Helene Silverberg
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

HS/MOATT 2