**FILED**

UNITED STATES COURT OF APPEALS

SEP 02 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 08-10282 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. 1:03-cr-00495-DAE |
| v. | District of Hawaii, Honolulu |
| PHILLIP NASH, | ORDER |
| Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 05 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Before: Peter L. Shaw, Appellate Commissioner.

The court has reviewed the response to the August 8, 2008 order to show cause. The order to show cause is discharged.

The opening brief and excerpts of record are due October 14, 2008; the answering brief is due November 13, 2008; and the optional reply brief is due within 14 days after service of the answering brief.

HS/MOATT